NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1121

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs-Appellants,

v.

NOKIA CORPORATION and NOKIA INC.,

Defendants-Appellees,

and

FUJIFILM CORPORATION and FUJIFILM U.S.A.,

Defendants-Appellees,

and

FUJITSU LIMITED, FUJITSU AMERICA, INC.,
FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.,
TOSHIBA AMERICA, INC., TOSHIBA CORPORATION,
BOE-HYDIS TECHNOLOGY CO. LTD., SAMSUNG SDI AMERICA INC.,
and SAMSUNG SDI CO. LTD.,

Defendants-Appellees,

and

ALL AROUND CO. LTD., PICVUE ELECTRONICS LIMITED,
CURITEL COMMUNICATIONS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V.,
HIGH TECH COMPUTER CORPORATION, and WISTRON CORPORATION,

Defendants-Appellees,

and

MATSUSHITA ELECTRICAL INDUSTRIAL CO.,
MATSUSHITA ELECTRICAL CORPORATION OF AMERICA,
SEIKO EPSON CORPORATION, and
ARGUS (also known as Hartford Computer Group Inc.)

Defendants.

Appeal from the United States District Court for the District of Delaware
in consolidated case nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874,
Judge Joseph J. Farnan, Jr.

ON MOTION

O R D E R

Upon consideration of the joint motion for extensions of time to file briefs,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening brief is due no later than February 23, 2010. The appellees' briefs are due within 54 days of service of the appellants' opening brief.

FOR THE COURT

JAN 2 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Matthew L. Woods, Esq.
     Amy Elizabeth Evans, Esq.
     Richard L. Horwitz, Esq.
     Lawrence Rosenthal, Esq.
     William J. Wade, Esq.
     William J. Marsden, Jr., Esq.
     Stephen S. Korniczky, Esq.
     Robert J. Benson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 9 2010

JAN HORBALY
CLERK

s8

2010-1121                                    - 2 -